

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00468-CV

JOSE MARTINEZ, Appellant

V.

UNIVERSITY OF TEXAS MEDICAL BRANCH, Appellee

Appeal from the 405th District Court of Galveston County.
(Tr. Ct. No. 14-CV-1206).

This case is an appeal from the order signed by the trial court on February 25, 2015.   After due consideration, the Court **grants** the appellant's motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 7, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.